

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-25,667-03

### EX PARTE TERRY LYNN DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 23110A-422 IN THE 422ND DISTRICT COURT
### FROM KAUFMAN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to imprisonment for life. The Fifth Court of Appeals affirmed his conviction. *Davis v. State*, No. 05-06-00527-CR (Tex. App.—Dallas June 13, 2007) (not designated for publication).

Applicant contends that his sentence was illegally ordered to run consecutively with another sentence, he is actually innocent, and trial counsel failed to object to a "no knock" search and investigate extraneous misconduct evidence.

On October 8, 2014, we remanded this application because the record was prematurely forwarded to this Court. On remand, the trial court recommended that we dismiss as moot Applicant's claim that his sentence was illegally ordered to run consecutively with another sentence. The trial court also concluded that Applicant's other grounds were without merit and recommended that we deny them. We agree. Accordingly, this application is dismissed in part and denied in part.

Filed: March 29, 2017
Do not publish